**Christopher J. Bowes, Esq.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com
_____

October 27, 2025

<u>Via ECF</u>
Hon. Victoria Reznik
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

         RE: <u>Reilly v. SSA</u>
            1:25 civ 6146 (VR)

Dear Judge Reznik:

  I am writing to request an extension of time in which to serve Plaintiff's Brief, which is due today. This is plaintiff's first request for an extension of time.

  Due to multiple scheduling conflicts and an extended workload over the past two weeks, I have not been able to complete Mr. Reilly's papers at this time. I apologize to the Court for the delay and disruptions to Your schedule.

  I sought consent from opposing counsel assigned to this case, SAUSA Jonathan King. However, I have not received a response and assume that he has been furloughed on account of the Government shutdown and is not able to respond to the emails I have sent to him seeking consent for this extension. I respectfully request approval of the following revised schedule:

November 12, 2025 Plaintiff's Motion for Judgment on the Pleadings
January 12, 2026  Defendant's Responsive Brief
January 26, 2026  Plaintiff's Reply Brief

  Thank you for you for Your Honor's attention to this matter.

Respectfully submitted,

<u>/s/ Christopher J. Bowes, Esq.</u>
Christopher J. Bowes, Esq.

cc: Jonathan King, Esq.
   Attorney for Defendant

---

**MEMO ENDORSED**

*[signature]*
**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: 10/28/2025**

The revised briefing schedule is hereby adopted. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.