# Christopher J. Bowes, Esq.
## 54 Cobblestone Drive
## Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

_____

November 13, 2025

<u>Via ECF</u>
Hon. Valerie Figueredo
United States Magistrate Judge
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE:     <u>Reilly v. SSA</u>
1:25 civ 6146 (VR)

Dear Judge Figuredo:

 I am writing to request an extension of time, <u>nunc pro tunc</u>, in which to serve Plaintiff's Brief, which was due yesterday.  This is plaintiff's second request for an extension of time.

 Due to several issues concerning the medical evidence in this case and my need to secure additional clarification from the plaintiff, I seek a short one-week extension of time to November 19, 2025.  I apologize to the Court for the delay and disruptions to Your schedule. Counsel for the Commissioner, SAUSA Jonathan King, kindly consents to this request. I respectfully request approval of the following revised schedule:

November 19, 2025 Plaintiff's Motion for Judgment on the Pleadings
January 20, 2026 Defendant's Responsive Brief
February 3, 2026 Plaintiff's Reply Brief

 Thank you for you for Your Honor's attention to this matter.

Respectfully submitted,

<u>/s/ Christopher J. Bowes, Esq.</u>
Christopher J. Bowes, Esq.

cc: Jonathan King, Esq.
  Attorney for Defendant

## MEMO ENDORSED

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: November 17, 2025**

The requested extension is GRANTED. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 10 and 11.