**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 ALLEN RIELLY,

                        Plaintiff,                    25 **CIVIL** 6146 (VF)

    -v-                                                         **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated January 15, 2026, the final decision of the

Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant

for this further administrative action.

**Dated:**  New York, New York

      January 20, 2026


                                  **TAMMI M. HELLWIG**
                                 _____
                                    **Clerk of Court**


                **BY:**  _____
                                   **Deputy Clerk**