CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax:  (631) 929-1700
      CJB-8865
Attorney for Plaintiff


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
ALLEN REILLY,                              :   NOTICE OF
                                               FOR ATTORNEYS FEES
                      Plaintiff,           :   PURSUANT TO
                                               28 U.S.C. § 2412
                                           :
        -against-                              25-cv-6146 (VF)
                                           :

                          ,                :
COMMISSIONER OF SOCIAL SECURITY,
                                           :
                      Defendant.
-------------------------------------------X


     PLEASE TAKE NOTICE that upon the accompanying Declaration

of Christopher James Bowes, dated April 22, 2026, plaintiff will

move this Court before Honorable Valerie Figueredo, United

States Magistrate Judge presiding, at the United States

Courthouse, Southern District of New York, 500 Pearl Street, New

York, New York, 10007 on submission, for an order, on

submission, for an order:

     (1)  Accepting plaintiff's application for reasonable

attorney's fees and costs pursuant to the Equal Access to

Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

     (2)  Granting plaintiff leave to defer filing a memorandum

of law in support of her application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

(3)  for such other and further relief as this Court may deem just and proper.


Dated:    Shoreham, New York
          April 22, 2026



                              Respectfully submitted,


                              /s/Christopher James Bowes
                              CHRISTOPHER JAMES BOWES, ESQ.
                              54 Cobblestone Drive
                              Shoreham, New York 11786
                              Tel.: (212) 979-7575
                              Fax:  (631) 979-1700
                              CJB-8865
                              Attorney for Plaintiff



To:  Padma Ghatage, Esq.
     Special Assistant United States Attorney
     Social Security Administration
     6401 Security Boulevard
     Baltimore NY 20235
     Attorneys for Defendant

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2026

The request for an extension is GRANTED.
Plaintiff's memorandum is due **June 22, 2026.**